USAO#2005R00423

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06cr116 (JLL) |
| v. | : | |
| SCOTT ZECHER | : | **ORDER** |

**THIS MATTER** having been opened to the Court by Walter F. Timpone, Esq., McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorney for Scott Zecher and in the presence of and with the consent of the United States Attorney for the District of New Jersey (Rachel Honig and Thomas Eicher, Assistant United States Attorneys, appearing) for an Order granting Scott Zecher permission to travel outside the country and for return of his passport for that travel,

IT IS on this _10th_ day of _Dec_, 2008,

**ORDERED THAT defendant Scott Zecher:**

1. may travel to Israel from January 14 to January 25, 2009;

2. shall have his passport returned to him before January 14, 2009 for the purpose of the travel to Israel; and,

3. shall return the passport to the custody of United States Probation within five (5) days of his return.

**SO ORDERED:**

_____
JOSE L. LINARES, U.S.D.J.