UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No. 06-0116 (JLL) |
| v. : | |
| SCOTT ZECHER, : | **ORDER** |

THIS MATTER having been opened to the Court by Walter F. Timpone, Esq., McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorney for Scott Zecher requesting an Order releasing Mr. Zecher's passport from the custody of Pretrial Services, with the knowledge that any foreign travel will need to first be approved by Probation; and the Court having considered the instant request, and for good cause having been shown,

IT IS on this ___1st___ day of ___June___, 2009,

ORDERED that Pretrial Services release Mr. Zecher's passport to his custody.

THE HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT JUDGE